Mary Jo O'Neill  AZ Bar # 005294
Sally C. Shanley AZ Bar # 012251
Katherine J. Kruse  AZ Bar #  019167
T. Diana Chen AZ Bar # 021706
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona  85012
Telephone:  (602) 640-5029
e-mail:  katherine.kruse@eeoc.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, ) ) ) Plaintiff, ) ) vs. ) ) The Boeing Company, a Delaware ) corporation, ) ) Defendant. ) | Case No. CV05-3034-PHX-FJM  **ORDER** |

The Court has reviewed the EEOC's Motion to Compel 30(b)(6) Deposition Testimony and Motion for Sanctions.  Good cause for granting the motions appears.  Accordingly,

**IT IS ORDERED** granting the EEOC's Motion to Compel 30(b)(6) Deposition Testimony.  Boeing shall provide a corporate representative who is prepared to respond to topics 1-2, 9-10, 12-16, 18-19, and 24-26 in the EEOC's Notice of Deposition of the Boeing Company pursuant to Fed. R. Civ. P. Rule 30(b)(6), on a date agreed to by the parties no later than two weeks from the date of this Order.

**IT IS FURTHER ORDERED** granting the EEOC's Motion for Sanctions.  The Boeing Company is to pay the EEOC _____ in sanctions for providing a corporate representative for 30(b)(6) deposition who was unprepared to testify to the above-listed topics.

1